**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcel Y. Crandon            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14360 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ **Mark A. Cronin**
                                   Mark Cronin
                                   28 Sep 2023, 17:46:31, EDT

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322