UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MARCEL Y. CRANDON | : | Chapter 13 |
| SHARON M. CRANDON | : | |
| Debtors | : | Case No. 20-14360-PMM |
| | : | |

## PRAECIPE

Please withdraw the Trustee's Motion for Alternative Disbursement filed on or about December 21, 2023 at docket entry number 153 in the above referenced case.

Respectfully submitted,

Date: January 5, 2024

/s/ Rolando Ramos_____
Rolando Ramos, Esq.
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee