# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marcel Y. Crandon<br>Sharon M. Crandon,<br>        Debtors. | Chapter 13<br><br>Case No.: 20-14360-pmm |
| Nationstar Mortgage LLC ,<br>        Movant,<br>vs.<br>Marcel Y. Crandon and Sharon M. Crandon,<br>*Leroy Dunn, Co-Debtor,*<br>        Debtors / Respondents,<br>and<br>SCOTT F. WATERMAN,<br>        Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on January 5, 2024 with regard to the above matter is APPROVED.

*/s/ Patricia M. Mayer*

**Date: January 9, 2024**

Hon. Patricia M. Mayer, U.S.B.J.

225228-34