UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------X

In re                                   :
                                        :    Chapter 13
**MARCEL CRANDON**                      :
                                        :    Case No. 20-14360  (PMM)
**SHARON CRANDON**                      :
                                        :
        Debtor(s).                      :
                                        :
                                        :
----------------------------------------X

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 157)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 159**) is **APPROVED**.

Date: 1/25/24

*Patricia M. Mayer*

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**