**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MARCEL Y. CRANDON | : | Chapter 13 |
| SHARON M. CRANDON | : | |
| | : | |
| Debtors | : | Case No. 20-14360-PMM |
| | : | |

# ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any further disbursements to Debtor's counsel, Young Marr and Associates in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining unpaid creditors in accordance with the terms of the Modified Plan.

BY THE COURT:

Dated: **March 18, 2024**

*Patricia M. Mayer*
**HON. PATRICIA M. MAYER,**
**BANKRUPTCY JUDGE**