United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marcel Y. Crandon  
Sharon M. Crandon  
    Debtors

Case No. 20-14360-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 5  
Date Rcvd: Aug 01, 2024      Form ID: pdf900      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcel Y. Crandon, Sharon M. Crandon, 1 Clover Hollow Road, Easton, PA 18045-8027 |
| cr | + | Township of Palmer, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14569143 | #+ | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14558227 | + | Hamilton Law Group, Po Box 90301, Allentown, PA 18109-0301 |
| 14819436 | + | Nationstar Mortgage LLC, C/O Mark A. Cronin, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698045 | + | Township of Palmer, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 02 2024 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2024 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2024 00:31:12 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Aug 02 2024 00:16:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 00:46:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14558211 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 02 2024 00:16:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14615546 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2024 00:45:18 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14572677 | | Email/Text: ally@ebn.phinsolutions.com | | |

Case 20-14360-pmm   Doc 181   Filed 08/03/24   Entered 08/04/24 00:37:51   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 02 2024 00:16:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14558212 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Aug 02 2024 00:16:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14565339 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 02 2024 00:31:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14558213 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 02 2024 00:20:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14558214 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 02 2024 00:19:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14558215 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |
| | | | Aug 02 2024 00:16:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14558216 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |
| | | | Aug 02 2024 00:16:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 14575179 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 02 2024 00:20:08 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14576464 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 02 2024 00:32:28 | CACH, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14569061 | | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 02 2024 00:16:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14560884 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2024 00:20:41 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14558217 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:32:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14558218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:20:07 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14558219 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:31:42 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14558220 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:19:32 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14559480 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:45:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14566101 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Aug 02 2024 00:19:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14558222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 02 2024 00:20:07 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14558221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 02 2024 00:31:54 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14567052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 02 2024 00:20:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14575025 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 02 2024 00:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1839 |
| 14558466 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 02 2024 00:16:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14558223 | | ^ MEBN | | |
| | | | Aug 02 2024 00:12:33 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 14558224 | | ^ MEBN | | |
| | | | Aug 02 2024 00:12:32 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |

Case 20-14360-pmm    Doc 181    Filed 08/03/24    Entered 08/04/24 00:37:51    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 14558225 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 02 2024 00:16:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14558226 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 02 2024 00:16:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 14574915 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 00:20:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14558229 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2024 00:31:37 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14558228 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2024 00:20:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14715503 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2024 00:16:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14742182 | | Email/Text: amps@manleydeas.com | Aug 02 2024 00:16:00 | Nationstar Mortgage LLC, c/o Alyk L. Oflazian, Esquire, Manley Dea Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14570612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 00:32:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14559415 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2024 00:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14560627 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 02 2024 00:17:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14569848 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 02 2024 00:16:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14558231 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 02 2024 00:17:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14558230 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 02 2024 00:17:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14867128 | + | Email/Text: bkteam@selenefinance.com | Aug 02 2024 00:17:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14566146 | | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2024 00:17:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14558232 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2024 00:17:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14558233 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2024 00:17:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 14558234 | + | Email/Text: support@ymalaw.com | Aug 02 2024 00:17:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14638472 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14559621 | ##+ | Federal National Mortgage Association, (Fannie Mae), c/o Community Loan Servi, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14560151 | ##+ | Federal National Mortgage Association c/o Communit, C/O ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, |

| | | |
|---|---|---|
| | | Marlton, NJ 08053-3118 |
| 14701843 | ##+ | Nationstar Mortgage LLC, c/o Bernadette Irace, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 1 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| BERNADETTE IRACE | on behalf of Creditor NATIONSTAR MORTGAGE LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| BERNADETTE IRACE | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Palmer jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Marcel Y. Crandon support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Sharon M. Crandon support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROGER FAY | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae")  c/o Community Loan Servicing, LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Community Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC rfay@alaw.net, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 56 |

    bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 18

Case 20-14360-pmm    Doc 181    Filed 08/03/24    Entered 08/04/24 00:37:51    Desc
Imaged Certificate of Notice    Page 5 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Marcel Y. Crandon<br>    Sharon M. Crandon<br><br>                 Debtors | Chapter 13<br><br>Bankruptcy No. 20-14360-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 1, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE